UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

CITY OF NEW ROCHELLE,

                                          **Civ. Action: 7:25-cv-08532-PMH**

               Plaintiff,

       - v -

                                       ~~[PROPOSED]~~ ORDER

U.S. SPECIALTY INSURANCE COMPANY

               Defendants.

------------------------------------------------------------------ X

PHILIP M. HALPERN, District Judge;

The Court has reviewed the submission of the defendant, granted its application for a hearing and conducted a hearing with the parties on May 5, 2026.  (ECF Nos. 19 & 22) Accordingly, the Court finds that:

1.  Non-Party Defendant Sedgwick Claims Management Services Inc. ("Sedgwick") was served with the Subpoena to Produce Documents, Information, or Objects ("Subpoena") by service on the New York State Secretary of State on February 25, 2026 (ECF No. 23) and the Office of General Counsel at 8125 Sedgwick Way, Memphis, TN 38125 on March 23, 2026;
2.  Notice of the hearing was served on Sedgwick by service on the New York State Secretary of State on April 21, 2026. (ECF No.24); and
3.  Sedgwick did not appear for the hearing on May 5, 2026.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.  Sedgwick's time to object to the Subpoena has expired;
2.  Defendant shall serve this Order, together with a copy of the Subpoena, on Sedgwick by service on the New York State Secretary of State and by personal service upon a business location of Sedgwick within the State of New York; and
3.  Sedgwick shall respond and comply with the subpoena within two weeks of the date of this Order as set-forth below.

SO ORDERED.

Dated: May [ 6 ] 2026
       White Plains, New York

                                     _____
                                      PHILIP M. HALPERN
                                      United States District Judge

2764194v1