# LONDON FISCHER LLP

59 Maiden Lane
New York, New York 10038
t: (212) 972-1000
f: (212) 972-1030
www.LondonFischer.com

June 10, 2026

**VIA ECF**

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:**    *City of New Rochelle v. U.S. Specialty Insurance Company*
            7:25-cv-08532(PMH)

Dear Judge Halpern:

Plaintiff City of New Rochelle ("City") and Defendant U.S. Specialty Insurance Company ("USSIC") respectfully submit this joint letter to request that the Court so-order the Parties' Stipulated Confidentiality Agreement and Protective Order. This letter-motion and the Stipulated Confidentiality Agreement and Protective Order are entered on consent of both Parties.

We stand ready to address any questions the Court may have.

Respectfully Submitted,

LONDON FISCHER LLP

/s/ Daniel W. London
Daniel W. London, Esq/

CC:    VIA ECF
        Lalit K. Loomba, Esq.
        The Quinn Law Firm
        399 Knollwood Road, Suite 220
        White Plains, New York 10603
        lloomba@quinnlawny.com
        *Attorneys for Plaintiff*
        *City of New Rochelle*

> Application granted. The stipulated confidentiality agreement and protective order will be separately docketed.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            June 11, 2026

New York    -    New Jersey    -    California    -    Florida